UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD T. NASH, et al.,<br><br>    Defendants. | Case No. 15-cv-03457-JST<br><br>**ORDER TO SHOW CAUSE** |

This Americans with Disabilities Act ("ADA") case is subject to the case-management deadlines set forth in the Federal Rules of Civil Procedure and this district's General Order 56. Plaintiff Robert McCarthy filed his Complaint on July 28, 2015. ECF No. 1. On the same date, the Court issued an Initial Case Management Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act. ECF No. 5. That order set a variety of deadlines, including September 28, 2015 as the last day for plaintiff to complete service on defendants. Id. Rule 4(m) of the Federal Rules of Civil Procedure required service on all defendants by November 25, 2016.[1] See Fed. R. Civ. P. 4(m). No Defendant has appeared in the case, and Plaintiff has not shown good cause for his failure to serve Defendants.

Pursuant to Rule 4(m), the Court ORDERS PLAINTIFF TO SHOW CAUSE in writing by April 20, 2016 why this action should not dismissed without prejudice for his failure to prosecute.

---

[1] The version of Rule 4(m) in effect when Plaintiff's Complaint was filed stated:

> Time Limit for Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

1  The response must also include any request for a change in the Scheduling Order at ECF No. 5
2  and discuss Plaintiff's plan for proceeding in the case.  The Court will conduct a hearing on this
3  Order to Show Cause on April 28, 2016 at 2:00 p.m.  Plaintiff's counsel is required to be
4  personally present.  If no written response is received by April 20, 2016, the case will be
5  dismissed.
6      IT IS SO ORDERED.
7  Dated:  April 12, 2016

                                            JON S. TIGAR
                                United States District Judge