UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff,

  v.

LEONARD T. NASH, et al.,

    Defendants.

Case No. 15-cv-03457-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 21

    Plaintiff Robert McCarthy has filed a notice of dismissal dated April 26, 2016. ECF No. 21. No defendants have made an appearance in this action. Since the notice of dismissal was filed before defendants "serve[d] either an answer or a motion for summary judgment," it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    This case has been dismissed without prejudice. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: April 26, 2016

_____
JON S. TIGAR
United States District Judge